THE STATE OF MONTANA ex rel. JAMES C. CHAMBER-LIN, Relator, v. the DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT of the State of Montana, in and for the County of Missoula, and the HONORABLE JACK L. GREEN, District Judge, Respondents.

No. 11219.
Decided September 16, 1966.
418 P.2d 308.

## ORDER

PER CURIAM:

Original proceeding. Petition for writ of prohibition.

The relief sought is denied and the proceeding is dismissed.